FILED: May 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1359
(1:12-cv-03041-MJG)

_____

MADISON OSLIN, INC.; MADISON OSLIN RESEARCH, INC.

       Plaintiffs - Appellants

v.

INTERSTATE RESOURCES, INC.; INTERSTATE CORRPACK, LLC; JAMES MORGAN; JOHN CRISTOS

       Defendants - Appellees

and

AMERICAN INKS AND COATINGS COMPANY, INC.; PROGRESSIVE COATINGS, INC.; MOSLEY HOLDINGS, INC.; JERRY L. MOSLEY

       Defendants

_____

O R D E R
_____

Appellees' response, filed May 22, 2015, is construed by the court as a motion for extension of time in which to file their response brief until September 3, 2015. The court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk