FILED: July 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1359
(1:12-cv-03041-MJG)
_____

MADISON OSLIN, INC.; MADISON OSLIN RESEARCH, INC.,

    Plaintiffs - Appellants,

  v.

INTERSTATE RESOURCES, INC.; INTERSTATE CORRPACK, LLC; JAMES MORGAN; JOHN CRISTOS,

    Defendants - Appellees,

 and

AMERICAN INKS AND COATINGS COMPANY, INC.; PROGRESSIVE COATINGS, INC.; MOSLEY HOLDINGS, INC.; JERRY L. MOSLEY,

    Defendants.

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court seals volumes III - XIII of the joint appendix.

Upon consideration of the motion to seal the entire opening brief, the court denies the motion without prejudice to the filing of a sealed version of the opening brief and a redacted version of the opening brief for the public file in conformity with Local Rule 25(c)(3)(B) within 14 days from the date of this order.

> For the Court--By Direction
>
> /s/ Patricia S. Connor, Clerk