FILED: July 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1359

(1:12-cv-03041-MJG)

_____

MADISON OSLIN, INC.; MADISON OSLIN RESEARCH, INC.

      Plaintiffs - Appellants

v.

INTERSTATE RESOURCES, INC.; INTERSTATE CORRPACK, LLC; JAMES MORGAN; JOHN CRISTOS

      Defendants - Appellees

and

AMERICAN INKS AND COATINGS COMPANY, INC.; PROGRESSIVE COATINGS, INC.; MOSLEY HOLDINGS, INC.; JERRY L. MOSLEY

      Defendants

_____

O R D E R

_____

Upon consideration of the unopposed motion to file a corrected brief, the court grants the motion and accepts the corrected opening brief for filing. Upon consideration of the previously filed certificate of confidentiality, the court places the sealed version of the opening brief under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk